MAILED TO *Jeffr* COUNSEL 9/8

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL JUSTICE DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
212-416-8820

September 4, 2008

BY HAND
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

RECEIVED
SEP - 5 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

Re:   Jones v. Poole, No. 07 Civ. 6587 (LAP) (JCF)

Your Honor:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, representing respondent in this habeas corpus proceeding. On August 29, 2008, Magistrate Judge James C. Francis IV issued a Report and Recommendation in this case. I am writing to request a 30-day extension, until October 15, 2008, to file my written objections. The additional time is needed because I am preparing for an evidentiary hearing in the Northern District of New York, which is scheduled to begin on September 15, 2008, the day on which my objections are due. The hearing will last 3 days and involve testimony from 17 witnesses. Following the hearing, I must draft and file a post-hearing brief and, by mid-October, respond to habeas petitions in four other cases.

I thank the Court for its consideration.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 8, 2008

Respectfully submitted,

Jodi A. Danzig (JD-8126)
Assistant Attorney General

cc:   Mr. Jamie Lamont Jones
      02-R-6668
      Five Points Correctional Facility
      Caller Box 119, State Route 96
      Romulus, New York 14541

120 Broadway, New York, NY 10271 ● Fax (212) 416-8010